UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 20-5573-DMG (PVCx) | Date | July 17, 2020 |
|---|---|---|---|
| Title | *Injune Choi v. University of Southern California* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE CONSOLIDATED WITH *IN RE UNIVERSITY OF SOUTHERN CALIFORNIA TUITION AND FEES COVID-19 REFUND LITIGATION*, CASE NUMBER CV 20-4066-DMG (PVCx).**

On July 17, 2020, the Court ordered four cases against Defendant University of Southern California ("USC") consolidated under the caption *In re University of Southern California Tuition and Fees COVID-19 Refund Litigation*, case number CV 20-4066-DMG (PVCx) ("Consolidation Order") [Doc. # 53]: *Diaz*, 20-4066; *Watson*, CV 20-4107; *Greenberg*, CV 20-4172; and *Kerendian*, CV 20-5190. The latter three cases were administratively closed, and material documents filed in those closed cases are deemed to have been filed in the consolidated case. The Katriel Law Firm, Berger Montague PC, and Hagens Berman Sobol Shapiro LLP were appointed as co-interim class counsel.

Plaintiff Injune David Choi's Class Action Complaint makes similar factual allegations and raises similar claims against USC as those in the consolidated case. The Court therefore **ORDERS** Plaintiff to **SHOW CAUSE** in writing why the Court's July 17, 2020 Consolidation Order should not be applied to this case, such that this case would be consolidated with *In re University of Southern California Tuition and Fees COVID-19 Refund Litigation*, case number CV 20-4066-DMG (PVCx), and administratively closed. Plaintiff shall file its response, if any, by **July 24, 2020**, and USC may file its response, if any, by **July 31, 2020**. Failure to respond shall be deemed consent to consolidation.

**IT IS SO ORDERED**.